USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LANDRUM BREWER SHETTLES JR. and RAYMOND SPRINGBORG,

                Plaintiffs,

-against-

ABT LIMOUSINE SERVICE, INC., GEORGE ABT, SR., GEORGE ABT, JR., and PATRICIAN ANNE ABT,

                Defendants.

1:20-cv-05489-MKV

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

      The Court has received Defendants' letter dated August 13, 2021, advising the Court that they have retained substitute counsel and requesting an adjournment of the status conference scheduled for August 17, 2021. [ECF No. 48.] The Court GRANTS Defendants' request for an adjournment.

      IT IS HEREBY ORDERED that the status conference scheduled for August 17, 2021, at 10:30 AM is adjourned to August 31, 2021, at 3:30 PM. The conference will be held telephonically. To join the conference, dial 888-278-0296 and enter access code 5195844.

      IT IS FURTHER ORDERED that on or before August 23, 2021, the parties shall confer and file a joint status letter not to exceed six pages in length. The letter should include the following information in separate paragraphs:

1. a statement of procedural posture, including

    a. a brief description of the discovery undertaken and what additional discovery needs to be completed;
    b. a brief description of any (i) motions that any party seeks or intends to file, including the principal legal and other grounds in support of and opposition to the motion and (ii) other applications that are expected to be made at the conference; and

      c. a statement describing the status (not substance) of any settlement discussions and whether the parties would like a settlement conference before a magistrate judge;

2. a proposed schedule for the completion of discovery;

3. a statement of the anticipated length of trial and whether the case is to be tried to a jury;

4. any other issue that the parties would like to address at the conference; and

5. any other information that the parties believe may assist the Court in advancing the case to settlement or trial.

Any request for an extension or adjournment for good cause shall be made in writing in accordance with paragraph 2(G) of the Court's Individual Practice Rules and shall be made no less than three (3) days before the deadline or conference.

**FAILURE TO COMPLY WITH THIS ORDER AND THE DEADLINES HEREIN MAY RESULT IN SANCTIONS, INCLUDING THE PRECLUSION OR DISMISSAL OF CLAIMS OR DEFENSES.**

The Clerk of Court is respectfully requested to terminate docket entry 48.

**SO ORDERED.**

Date: August 13, 2021
New York, NY

**MARY KAY VYSKOCIL**
**United States District Judge**