# ROBERT WISNIEWSKI P.C.
ATTORNEYS-AT-LAW

17 STATE STREET, SUITE 820 • NEW YORK, NY 10004
TEL: (212) 267-2101 • FAX: (646) 512-5603
WEBSITE: www.rwapc.com

August 18, 2021

Hon. Mary Kay Vyskocil, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
    *VIA ECF*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/19/2021
```

    Re:    Shettles Jr. et al. v. ABT Limousine Service, Inc. et al
               Docket No.: 20-cv-05489 (MKV)

Dear Judge Vyskocil,

    I represent Plaintiffs in the above-captioned matter. I write to respectfully request that the telephone conference currently scheduled for 3:30 p.m. on August 31, 2021 be adjourned to any date after September 10, 2021. This is the second request of this kind. A prior request for an adjournment was made by Defendants' newly retained counsel, Rodman E. Honecker, and was granted by Your Honor in a text order, dated August 13, 2021.

    The reason for my instant request to adjourn is that I will be out of the country from this Friday, August 20, 2021 until Wednesday, September 8, 2021. Defendants will not suffer any prejudice as a result of the request and I will cooperate with Mr. Honecker to file a joint status letter by August 23, 2021, as directed by the Court in its August 13, 2021 Order. Defendants have graciously granted consent to this request.

    Wherefore, I respectfully request that the August 31, 2021 conference be adjourned to to any date that the Court finds agreeable after September 10, 2021.

                                Respectfully submitted,

                                */s/ Robert Wisniewski*
                                Robert Wisniewski

---

GRANTED. The status conference scheduled for August 31, 2021, at 3:30 PM is adjourned *sine die*. The Court will set deadlines for the completion of discovery and schedule a conference in this matter upon receipt of the parties' joint status letter. [*See* ECF No. 49.] SO ORDERED.

Date: 8/19/2021
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge